UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA STEVENS,<br>　　　　Plaintiff,<br>　v.<br>ANDREW SAUL,<br>　　　　Defendant. | Case No. 20-cv-00281-JCS<br><br>**ORDER FOR PARTIES TO MEET AND CONFER RE: STATEMENT OF ADMINISTRATIVE RECORD** |

As set forth in the Procedural Order for Social Security Review Actions, social security matters are deemed submitted for decision without oral argument based on the parties' motions for summary judgment and/or remand. However, if after reviewing the record in the case the Court finds that a hearing is required, it may at a later date set a hearing on the parties' summary judgment motions. In addition, pursuant to Civil Local Rule 56-2, the undersigned **ORDERS** that the parties shall file either a joint statement or separate statements of the Administrative Record, summarizing the **relevant**: (1) procedural history of the case; (2) testimonial evidence from the hearing(s) before the Administrative Law Judge; and (3) medical evidence of record. Accordingly, the Court **ORDERS** the parties to meet and confer within 21 days of service of Defendant's answer to determine whether they are able to file a joint statement of the Administrative Record or whether it is necessary for the parties to file separate statements.

**A.	Joint Statement of the Administrative Record**

If the parties agree on a joint statement of the Administrative Record, the statement shall be signed by both parties and filed by the same deadline as Plaintiff's motion for summary judgment. Each fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support. The statement shall include separate headings for each of the three areas listed above, but the numbering for all three sections shall be continuous.

**B.     Separate Statements of the Administrative Record**

If the parties are unable to agree on a joint statement, they shall comply with the following requirements.

    1.     <u>Plaintiff's Separate Statement of the Administrative Record</u>

At the time Plaintiff files the motion for summary judgment, Plaintiff must also file a statement, separate from the motion and memorandum of law, setting forth each fact from the Administrative Record on which Plaintiff relies in support of the motion.  Each fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.  The statement shall include separate headings for each of the three areas listed above, but the numbering for all three sections shall be continuous.

    2.     <u>Defendant's Separate Statement of the Administrative Record</u>

At the time Defendant files the opposition or counter-motion to Plaintiff's motion, Defendant must also file a statement, separate from the motion and memorandum of law, setting forth: (a) for each paragraph of Plaintiff's separate statement, a correspondingly numbered paragraph indicating whether Defendant disputes the statement of fact as set forth by Plaintiff and, if disputed, a reference to the specific portion of the Administrative Record supporting Defendant's position; and (b) any additional facts from the Administrative Record on which Defendant relies in support of the motion.  Each additional fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.

    3.     <u>Reply Statement of Facts</u>

If Defendant sets forth additional facts in the opposition/counter-motion, Plaintiff shall file a statement, separate from the reply brief, with correspondingly numbered paragraphs indicating whether Plaintiff disputes the statement of fact as set forth by Defendant and, if disputed, a reference to the specific portion of the Administrative Record supporting Plaintiff's position.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge